Request For writ of Habeas Corpus

To: the Clerk of the court
R: To inquire into cause of
detention Rule 5.303

FILED - GR
November 24, 2021 12:48 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JW /11-24

1:21-cv-998
Robert J. Jonker - Chief U.S. District Judge
Ray Kent - Magistrate Judge

From: Vincent R. Canada
Re: Two material witness No
bond charges without the due-
process of law.
Case No: Never received one
original case No: 21-00991-FH

November 19th 2021

Illegally detained citizen in violations
of 4th 5th 8th & 14th amendment rights.
without access to the proper legal counsel
or legal aid at Kent County jail.

Rule 3.3.0

ex parte, complaint under M.C.R. 3.303 Habeas Corpus to inquire into cause of detention in accordance with rule 6.106 and in direct violation of my 4th 5th 8th and 14th constitutional rights.

This complaint is filed and prepared on the behalf of Vincent Rayshawn Canada who is restrained of his liberty since 1-26-21. Mr Canada is a black male, 5'6 with brown eyes and short hair. Mr Canada is being held in Kent County Jail without a right to bail/bail hearing, or detention hearing pertaining to two material witness charges. The action for a Habeas Corpus on behalf of an illegally detained American citizen is not prohibited. The illegal detention is in direct violation of U.S.C.A. 3144 Release or detention of a material witness. Because Mr Canada was properly served a subpoena and testified at the preliminary examination on 1-28-21 which in itself showed the willingness to cooperate to the best of his knowledge. And in direct violation of U.S.C.A 3142 Release or detention of a defendant pending trial, that Mr Canada be released at the least on personal recognizance 2.) Released on conditions or combination of conditions M.C.L.A. 767.35 Sec 35. Material witness; recognizance; commitment, when it appears to a court of the record that a person is a material witness in a criminal case pending in a court in the

county and that there is a danger of the loss of testimony of the witness unless the witness furnishes bail or is committed if he or she fails to furnish bail, the court shall require the witness to be brought befor the court. After giving the witness an opportunity to be heard ect..... the 17 circuit court of Grand Rapids has flat out violated Mr Canada's 4th 8th and 14th constitutional rights, which according to constitutional law, and U.S.C.A. 3144 & 3142 and M.C.L.A. 767.35 Mr Canada should have been given the opportunity to be heard by a Judge within a reasonable amount of time, befor being deprived of his liberties [IN RE Lewellyn, 1895] or at the least been able to post a reasonable bond [ex parte Rankins 4-3-1951] and in accordance with the bail Reform Act. the tesimony of Mr Canada on 1-28-21 shows his willingness to recognize, coupled with Mr Canada being a forty five, year old resident of Grand Rapids mich for 45 years of his life, should have been more than enoghe to gaurantee his attendance. there is absolutly no reason, to deprive Mr. Canada of his liberties, or to violate his 4th admn. constitutional law of due process and violate the Bail Reform Act 18 u.s.c. sec 3142(B) 3144, M.C.L.A. 767.35 the right to be heard and given due process of law, and the right to bail

to at least explain to the courts, why Mr. Canada should not be held in a contempt of court style order of detention, for an unreasonable amount of time. Mr Canada ask this court to Remedy Mr. Canada in this matter in accordance with his 4th 5th 8th and 14th admendment rights and in line with the ruling in [Ex parte Czyzeshowark mich 1879 267 mich, 697, 255 N.W 359 mich 1934,] [IN RE Lewellyn 1895] The petitioner must be discharged, we have no doubt the power of the proper court to detain witnesses upon a proper showing, but such showing in all cases be made and the witness given a hearing and opportunity to be heard, before commitment to refute the showing made by affidavit. It is never the less the duty of all courts to prevent good or bad citizens from being unlawfully and unreasonably molested. I ask to be immediatly released on my own recognizance to appear as a witness at the trial. And I ask the courts to expidite the process because Mr. Canada has been already detained for an unreasonable amount of time.

Sincerely
Vincent Canada
11/1

11-19-21

NAME: Vincent Canada
KENT COUNTY CORRECTIONAL FACILITY
703 BALL AVENUE N.E.
GRAND RAPIDS, MI 49503

GRAND RAPIDS MI 493

22 NOV 2021 PM 1 L



Clerck of the court
U.S. Dist. court, western Dist. of mich,
110 Michigan st
Grand Rapids mich
49503

sent out
11-19-21

49503-230099