UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

VINCENT RAYSHAWN CANADA,

        Petitioner,               Case No. 1:21-cv-998

v.                                         Honorable Robert J. Jonker

MICHELLE LAJOYE-YOUNG,

        Respondent.
_____/

## ORDER TO FILE AMENDED PETITION

        This is a habeas corpus action brought under 28 U.S.C. § 2241 by a person detained in the Kent County Jail. All applications for habeas corpus relief must be submitted on the form petition provided by this Court. *See* W.D. Mich. LCivR 5.6(a). Petitioner failed to file his petition on the requisite form.

        If Petitioner wishes to proceed with his action, he must carefully fill out the form and submit it to the Court. The Court directs the Clerk to send to Petitioner a copy of the form petition under 28 U.S.C. § 2241 for writ of habeas corpus. Petitioner shall submit an amended petition by filing his habeas petition on the requisite form within 28 days from the date of entry of this order. The case number shown above must appear on the front page of the amended petition. Petitioner must file an original and one complete copy of the amended petition and any new attachments. Petitioner need not re-submit supporting materials filed with the original petition. Because the amended petition will take the place of the original petition, the amended petition must set forth all of the grounds for relief that Petitioner intends to raise.

2

If Petitioner fails to submit an amended petition in proper form within the time allowed, the petition may be dismissed without prejudice by the Court.

**IT IS SO ORDERED**.


Dated:  December 8, 2021                    /s/ Ray Kent
                                            Ray Kent
                                            United States Magistrate Judge